IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

Receipt of the following government's criminal exhibits is herewith acknowledged:

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 FEB 10 AM 9:59

OFFICE OF THE CLERK

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| CR88-0-33 | USA v. John McCabe | 01/14/94 |
| 4:93cr3035 (93-7M) | USA v. Eric Moore and Craig Robinson | 03/31/93 |
| 4:97cr3033 | USA v. Juan Esparza-Ramirez | 03/25/02 |
| 4:98cr3005 | USA v. Alberto T. Sanchez | 02/03/98 |
| 4:00cr16 | USA v. Arnoldo Bojorquez-Zazueta | 08/03/01 |
| 4:00cr94 | USA v. Barbara Vopnford | 08/12/03 |
| 4:00cr153 | USA v. Bruce Miller | 10/03/01 |
| 4:00cr281 | USA v. Donald Lupino | 06/21/01 |
| 4:00cr3003 | USA v. Andrew Straughn | 07/06/05 |
| 4:00cr3014 | USA v. John Fellers | 04/20/00; 1/8 thru 1/11/01; 04/13/01 |
| 4:00cr3035 | USA v. Jose Espino | 12/11/01 |
| 4:00cr3052 | USA v. Valentin Gomez | 11/08/00 |
| 4:00cr3070 | USA v. Cordell Sims | 1/8 thru 1/19/01; 06/15/01 |
| 4:00cr3076 | USA v. Michael Shirley | 05/31/01 |
| 4:00cr3079 | USA v. Ruben Cantalan-Castarena & Sergio Infante-Orozio | 12/05/00 and 6/4 thru 6/8/01 |
| 4:00cr3083 | USA v. James Ross | 01/11/01 |
| 4:00cr3085 | USA v. Tarra Arcos | 11/27/00 |
| 4:00cr3091 | USA v. Gregory Syslo & Denell Syslo | 3/05/01 |
| 4:00cr3097 | USA v. Jansen Yarbrough | 04/25/03 |

DATED this 10th day of February, 2006.

_____
Assistant United States Attorney