IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:88CR33 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN McCABE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to destroy or otherwise dispose of exhibits (Filing No. 185). The Court notes defendant has filed no objection and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Plaintiff is authorized to destroy or otherwise dispose of the exhibits described in the motion.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court